IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RODNEY J. MARSHALL,

    Petitioner,

    v.

RONDA RICHARD,

    Respondent.

CASE NO. 2:14-CV-0426
JUDGE ALGENON L. MARBLEY
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On May 9, 2014, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that the instant petition for a writ of habeas corpus be transferred to the United States District Court for the Southern District of Ohio, western Division at Dayton.

Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action hereby is **TRANSFERRED** to the United States District Court for the Southern District of Ohio, western Division at Dayton.

    **IT IS SO ORDERED.**


DATED: May 28, 2014

    s/Algenon L. Marbley
    ALGENON L. MARBLEY
    United States District Judge