# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RODNEY MARSHALL,                                :

        Petitioner,                    Case No. 3:14-cv-170

    - vs -                                        District Judge Thomas M. Rose
                                                      Magistrate Judge Michael R. Merz

WARDEN, Madison Correctional
Institution,

        Respondent.                   :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Warden's Motion to Dismiss (Doc. #11) is DENIED.

May 18, 2015.                                    *s/Thomas M. Rose

                                                                     Thomas M. Rose
                                                     United States District Judge